**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY JEAN DEJARNETTE,

                Plaintiff,

-vs-                                              Case No.  3:06-cv-103-J-32MMH

JACK MORGAN and
VICKIE EVANS

                Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

This cause is before the Court on the Order to Show Cause (Dkt. No. 6; Order to Show Cause) entered on August 18, 2006. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

On July 26, 2006, the Court took Plaintiff's Affidavit of Indigency (Dkt. No. 2; Affidavit of Indigency), which was construed as a motion for leave to proceed in forma pauperis, under advisement in order to allow Plaintiff an opportunity to file an amended complaint. See Order (Dkt. No. 5). Plaintiff was directed to file the amended complaint by August 14, 2006. See id. Further, Plaintiff was cautioned that failure to file the amended complaint "may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id.

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

When Plaintiff failed to comply with this deadline, the Court issued the Order to Show Cause on August 18, 2006, instructing Plaintiff to show cause no later than August 29, 2006, "why this case should not be dismissed for failure to comply with the Court's Order and failure to prosecute." Order to Show Cause (Dkt. No. 6). The Court informed Plaintiff that failure to respond to the Order to Show Cause would result in a recommendation that this action be dismissed pursuant to Local Rule 3.10(a). See id. As of this date, Plaintiff still has not complied with the Court's Order (Dkt. No. 5) or responded to the Order to Show Cause (Dkt. No. 6).

**RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for want of prosecution.

**ENTERED** at Jacksonville, Florida, on September 11, 2006.

**MARCIA MORALES HOWARD**
United States Magistrate Judge

ja

Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

Counsel of Record
Pro Se Parties